**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| **ARGLASS V-F2, LLC,**<br><br>**Plaintiff,**<br>**v.**<br><br>**GK FOODS AND SERVICES LIMITED**<br><br>**Defendant.** | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | **CASE NO:**<br>**7:26-cv-165–WLS** |

**ORDER**

Before the Court is Defendant's Motion to File Supply Agreement Under Seal (Doc. 15) ("Motion to Seal"). Therein, Defendant GK Foods and Services Limited ("Defendant") requests that it be allowed to file under seal the February 22, 2015 Glass Supply Agreement, its schedules and amendments dated May 23, 2022, January 23, 2024, and July 9, 2025 (as amended, the "Supply Agreement"). Defendant represents that Plaintiff, Arglass V-F2, LLC ("Plaintiff") does not oppose the Motion to Seal. (*See* Doc. 15-1 at 1 n.1).

The Court has reviewed the Motion to Seal and finds that such motion should be granted, subject to later review and reconsideration in that, strictly speaking, the requirements of sealing may not have been met because some documents may already be publicly available, and/or partial sealing or redaction of confidential information may be a less onerous alternative to sealing the Supply Agreement in its entirety. The Court may always reconsider whether the seal should remain in place. See M.D. Ga. L.R. 5.4(C) ("The court may order that a filing be made under seal without redaction. The court may later unseal the filing or order the person who made the filing to file a redacted version for the public record.").

Accordingly, the Motion to Seal (Doc. 15) is **GRANTED**, subject to later review and reconsideration as noted above. The Clerk's Office is **DIRECTED** to docket the Defendant's Glass Supply Agreement, sent via email to the Clerk's Office, under seal, with access made available only to the Court and Parties' counsel in this case until further order of this Court.

**SO ORDERED**, this 3rd day of September 2026.

**/s/ W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**