IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| **ARGLASS V-F2, LLC,** | : | |
| | : | |
| **Plaintiff,** | : | |
| **v.** | : | **CASE NO: 7:26-cv-165–WLS** |
| **GK FOODS AND SERVICES LIMITED,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

# ORDER

Before the Court is Plaintiff's Motion to Stay or Extend Deadline to Respond to Defendant's Motion to Strike Jury Demand (Doc. 22) ("Motion to Stay") filed September 16, 2026. Therein, Plaintiff requests that the Court stay the deadline for Plaintiff to respond to Defendant GK Foods and Services Limited's Motion to Strike Jury Demand (Doc. 14) ("Motion to Strike") until the Court resolves Plaintiffs' pending Rule 12(h)(3) Motion to Dismiss Complaint and Counterclaim for Lack of Jurisdiction (Doc. 21) ("Motion to Dismiss"). Plaintiff seeks dismissal, without prejudice, of its Complaint and Defendant's Counterclaim on the basis that the Court lacks subject-matter jurisdiction over this action because complete diversity was absent at the time it was commenced.

Plaintiff's response to the Motion to Strike is due before Defendant's response to the Motion to Dismiss. The Motion to Dismiss may resolve this matter. In the event the Motion to Dismiss is granted,[1] Defendant's Motion to Strike will be moot, eliminating the need for further briefing by the Parties, or resolution of the Motion to Strike by the Court. Thus, Plaintiff requests a stay or an extension of the time to respond to the Motion to Strike. Upon review of the Motion to Stay and the Record in this matter, the Court finds that Plaintiff has initially stated good cause to grant the Motion to Stay, but Defendant's time to respond has

[1] According to Plaintiff, Defendant stated it would "stipulate to the dismissal of this action (thereby mooting the Motion to Strike) only if Arglass 'permanently withdraws its jury demand' in the State court action Arglass filed against GK Foods." Arglass states it will not waive its right to a jury trial in exchange for Defendant's agreement to stipulate to the dismissal of this case. (Doc. 22 ¶ 12).

not expired. Therefore, the Court will withhold final decision on the Motion to Stay (Doc. 22) pending the filing of Defendant's response thereto.

**SO ORDERED**, this 17th day of September 2026.

**/s/W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**