**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| **ARGLASS V-F2, LLC,** | : | |
| | : | |
| **Plaintiff,** | : | |
| **v.** | : | **CASE NO: 7:26-cv-165–WLS** |
| **GK FOODS AND SERVICES LIMITED,** | : | |
| | : | |
| **Defendant.** | : | |

# ORDER

Before the Court is Plaintiff's Motion to Clarify or, in the Alternative, to Extend Deadline to Respond to Defendant's Motion to Strike (Doc. 24) ("Motion") filed September 17, 2026. Therein, Plaintiff requests that the Court clarify whether the Order (Doc. 23) entered September 17 stays Plaintiff's September 21, 2026, deadline to respond to Defendant GK Foods and Services Limited's Motion to Strike Jury Demand (Doc. 14) ("Motion to Strike") while the Court's final decision on Plaintiff's Motion to Stay (Doc. 22) remains pending.

The Court notes that Plaintiff's Motion to Stay was timely filed prior to the deadline for its response to the Motion to Strike. For purposes of clarification, the deadline for Plaintiff to respond to the Motion to Strike is also held in abeyance pending the Court's final decision on the Motion to Stay.

**SO ORDERED**, this 23rd day of September 2026.

**/s/W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**